MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
**THE BOURASSA LAW GROUP, LLC**
8668 Spring Mountain Rd., Suite 101
Las Vegas, Nevada 89117
Telephone: (702) 851-2180
Facsimile: (702) 851-2189
mbourassa@bourassalawgroup.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND EVERETT, an individual<br><br>Plaintiff,<br><br>vs.<br><br>ORCA PORTFOLIO MANAGEMENT, LLC<br><br>Defendant. | Case No.: 2:12-cv-02136-APG-PAL<br><br>**DEFAULT JUDGMENT** |

Plaintiff RAYMOND EVERETT filed an Application for Entry of Default Judgment (Dkt. #11) against Defendant ORCA PORTFOLIO MANAGEMENT, LLC ("Orca"). Default has previously been entered against Orca for its failure to answer or otherwise defend as to the Plaintiff's Complaint. Orca is not in the military service of the United States and is not an infant or incompetent person. Good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is entered in favor of Plaintiff RAYMOND EVERETT and against Defendant ORCA PORTFOLIO MANAGEMENT, LLC in the following amounts:

1. Plaintiff's actual damages in the amount of $2,500.00

2. Statutory damages in the amount of $1,000.00;

3. Costs of suit in the amount of $410.00; and

4. Attorney's fees in the amount of $1,587.50,

The total Judgment amount in favor of Plaintiff RAYMOND EVERETT and against Defendant ORCA PORTFOLIO MANAGEMENT, LLC is **Five Thousand Four Hundred Ninety Seven Dollars and 50/100 ($5,497.50).** The entire amount of this Judgment shall bear interest at the statutory rate from date of entry of this Judgment until paid in full.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this Judgment shall be considered a final Judgment for all purposes.

FOR WHICH SUMS LET EXECUTION ISSUE.

DATED this 5th day of November, 2013.

_____
Andrew P. Gordon
United States District Judge

Respectfully Submitted By:

THE BOURASSA LAW GROUP, LLC

　/s/ Mark Bourassa　
MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
8668 Spring Mountain Rd., Suite 101
Las Vegas, Nevada 89117
Telephone: (702) 851-2180
Facsimile: (702) 851-2189
mbourassa@bourassalawgroup.com
*Attorney for Plaintiff*